A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on May 08, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Apr 22, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION         MDL No. 1968

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-13)**

On August 13, 2008, the Panel transferred eight civil actions to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 571 F.Supp.2d 1376 (J.P.M.L. 2008). Since that time, 99 additional actions have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R. Goodwin.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of August 13, 2008, and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**May 08, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**                              MDL No. 1968

### SCHEDULE CTO-13 - TAG-ALONG ACTIONS

| **DIST.** | **DIV.** | **C.A. #** | **CASE CAPTION** |
|---|---|---|---|
| ARKANSAS EASTERN | | | |
| ARE | 4 | 09-189 | Thomas Beck v. Actavis Group hf, et al. |
| ARE | 4 | 09-190 | Lois McClellan v. Actavis Group hf, et al. |
| ARE | 4 | 09-191 | Deller West v. Actavis Group hf, et al. |
| ARE | 4 | 09-192 | Robert Bell v. Actavis Group hf, et al. |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 09-2244 | Michael Everett, etc. v. Actavis Totowa, LLC, et al. |
| CAC | 2 | 09-2245 | Mary Clare Register v. Actavis Totowa, LLC, et al. |
| FLORIDA MIDDLE | | | |
| FLM | 2 | 09-155 | Delores A. Fehlberg v. Actavis Group hf, et al. |
| KENTUCKY EASTERN | | | |
| KYE | 5 | 09-120 | Rita Manley, et al. v. Actavis Group hf, et al. |
| KYE | 6 | 09-116 | Pheby Thomas, etc. v. Actavis Group hf, et al. |
| KENTUCKY WESTERN | | | |
| KYW | 3 | 09-234 | Carla York, et al. v. Actavis Totowa, LLC, et al. |
| KYW | 3 | 09-251 | Henrietta Keen v. Actavis Group hf, et al. |
| KYW | 4 | 09-23 | Alexandrea Svenningsen v. Actavis Group hf, et al. |
| KYW | 5 | 09-51 | Barbara McKendree, etc. v. Actavis Group hf, et al. |
| MICHIGAN EASTERN | | | |
| MIE | 2 | 09-11305 | David W. Weiland, etc. v. Actavis Totowa, LLC, et al. |
| MISSISSIPPI NORTHERN | | | |
| MSN | 1 | 09-65 | William Russell, etc. v. Mylan Pharmaceuticals, Inc., et al. |
| MSN | 2 | 09-53 | Nancy E. Muse v. Mylan Pharmaceuticals, Inc., et al. |
| SOUTH DAKOTA | | | |
| SD | 4 | 09-4034 | Darlene Stoffel, et al. v. Actavis Totowa, LLC, et al. |
| TENNESSEE MIDDLE | | | |
| TNM | 3 | 09-272 | John Black v. Actavis Group hf, et al. |

**MDL No. 1968 - Schedule CTO-13 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**         **CASE CAPTION**

TENNESSEE WESTERN
  TNW  1    09-1057        Dorothy Ivey, et al. v. Actavis Group hf, et al.
  TNW  1    09-1066        Charles Denson, et al. v. Actavis Group hf, et al.
  TNW  2    09-2140        Billy Childs v. Actavis Group hf, et al.

TEXAS EASTERN
  TXE   2    09-98          Willie Criss, et al. v. Actavis Totowa, LLC, et al.

UTAH
  UT    2    09-225         Betty Chantrill v. Myland Pharmaceuticals, Inc., et al.